IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHALMUS CURTIS WILLIAMS,

                Plaintiff

      VS.

MAJOR HOLT, *et al.*,

              Defendants

NO. 5:06-CV-334 (HL)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

On May 1, 2007, in response to the defendants' Motion to Compel Discovery Responses or, in the Alternative, to Dismiss Plaintiff's Complaint, the undersigned issued an Order affording plaintiff CHALMUS CURTIS WILLIAMS twenty days "to **SHOW CAUSE** why his case should not be dismissed for failure to provide discovery as required by the Federal Rules of Civil Procedure and the court's Order dated November 8, 2006." Tab #28.

Williams did not respond to the court's May 1st Order and indeed has had no contact with the court since March 25, 2007, when he filed a Motion for Appointment of Counsel. The defendants have filed a second Motion to Dismiss for failure to comply with a court order. Tab #30.

Accordingly, IT IS RECOMMENDED that the defendants' Motions to Dismiss (Tabs #27 and #30) be **GRANTED** and that this suit be **DISMISSED** *with prejudice*. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 5th day of SEPTEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE